# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SIDNEY F. DINERSTEIN,** a Palm Beach Gardens registered voter and qualified elector,
Appellant,

v.

**SUSAN BUCHER,** in her official capacity as Supervisor of Elections for Palm Beach County, **THE CITY OF PALM BEACH GARDENS,** and **PATRICIA SNIDER,** in her capacity as City Clerk for Palm Beach Gardens,
Appellee.

No. 4D18-901

[January 17, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2018-CA-001408-XXXX-MB.

James D'Loughy of Advisorlaw, PLLC, Palm Beach Gardens, and Dodger L. Arp, West Palm Beach, for appellant.

R. Max Lohman and Abigail F. Jorandby of Lohman Law Group, P.A., West Palm Beach, for appellees, The City of Palm Beach Gardens and Patricia Snider.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***